| | |
|---|---|
| 1 | Christopher R. Kaup, State Bar No. 014820 |
| 2 | J. Daryl Dorsey, State Bar No. 024237 |

Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237

**TB TIFFANY & BOSCO P.A.**

Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
Email: crk@tblaw.com
Email: jdd@tblaw.com

*Attorneys for Henry K. Lee and Lisa P. Lee; Chip Fitch and Donna Fitch; Last Frontier Sales, Inc.; Drew Pearson and Cindy Pearson; Thomas E. Riles and Andrea S. Riles; Dewayne Marshall; Deroche Family Trust; Eric Deroche and Mary Deroche; Mark A. Woodward and Matthew Woodward; Crystal Clear Properties; Jason Laflesch; Sherrill Suskin; Tony Simonelli and Kaipo Simonelli; James Adams; Mike McBride and Kim McBride; John Parker and Gail C. Parker; Lester K. Ward; Thomas J. Weissmiller and Clara Weissmiller; Mary Coombs; Mark D. Eaton; Joseph Jolley, Tim Jolley and Aimee Jolley; Michael S. Webb and Deanna M. Webb; Donald M. Rund and Margaret Elaine Rund; Thaddeus J. Rund and Jodi A. Rund; Peter G. Postiglione and Alison R. Postiglione; Gerald Adomshick and Barbara Adomshick; Mike Chavez; Mark Palacio; Matt Palacio; David and Rhonda Silva; Shawn Wright; Ryan P. Morrell and Dohee Kim; Jimmy Tam; G. Scott Freeman; Charles (Casey) Sparrow; Scott Eastin and Melissa Eastin; David Ferraro; Roy Peterson; Steve Reynolds; and Marilyn Xavier*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES A. BRUNO and SALLY D. BRUNO, | Case No. 2:09-bk-06952-SSC |
| Debtors. | **NOTICE OF LODGING ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523 AND TO OBJECT TO DISCHARGE PURSUANT TO 11 U.S.C. § 727** |

408231 -1-

**NOTICE IS HEREBY GIVEN** that on July 6, 2009, the attached proposed *Order Granting Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727* was lodged with this court.

RESPECTFULLY SUBMITTED this 6th day of July, 2009.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup #14820
Christopher R. Kaup
J. Daryl Dorsey
*Attorneys for Henry K. Lee and Lisa P. Lee; Chip Fitch and Donna Fitch; Last Frontier Sales, Inc.; Drew Pearson and Cindy Pearson; Thomas E. Riles and Andrea S. Riles; Dewayne Marshall; Deroche Family Trust; Eric Deroche and Mary Deroche; Mark A. Woodward and Matthew Woodward; Crystal Clear Properties; Jason Laflesch; Sherrill Suskin; Tony Simonelli and Kaipo Simonelli; James Adams; Mike McBride and Kim McBride; John Parker and Gail C. Parker; Lester K. Ward; Thomas J. Weissmiller and Clara Weissmiller; Mary Coombs; Mark D. Eaton; Joseph Jolley, Tim Jolley and Aimee Jolley; Michael S. Webb and Deanna M. Webb; Donald M. Rund and Margaret Elaine Rund; Thaddeus J. Rund and Jodi A. Rund; Peter G. Postiglione and Alison R. Postiglione; Gerald Adomshick and Barbara Adomshick; Mike Chavez; Mark Palacio; Matt Palacio; David and Rhonda Silva; Shawn Wright; Ryan P. Morrell and Dohee Kim; Jimmy Tam; G. Scott Freeman; Charles (Casey) Sparrow; Scott Eastin and Melissa Eastin; David Ferraro; Roy Peterson; Steve Reynolds; and Marilyn Xavier*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES A. BRUNO and SALLY D. BRUNO, | Case No. 2:09-bk-06952-SSC |
| Debtors. | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523 AND TO OBJECT TO DISCHARGE PURSUANT TO 11 U.S.C. § 727** |

The Court, having reviewed the *Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727*, filed by creditors Henry K. Lee and Lisa P. Lee; Chip Fitch and Donna Fitch; Last Frontier Sales, Inc.; Drew Pearson and Cindy Pearson; Thomas E. Riles and Andrea S. Riles; Dewayne Marshall; Deroche Family Trust; Eric Deroche and Mary Deroche; Mark A. Woodward and Matthew Woodward; Crystal Clear Properties; Jason Laflesch; Sherrill Suskin; Tony Simonelli and Kaipo Simonelli; James Adams; Mike McBride and Kim McBride; John Parker and Gail C. Parker; Lester K. Ward; Thomas J. Weissmiller and Clara Weissmiller;

| | |
|---|---|
| 1 | Mary Coombs; Mark D. Eaton; Joseph Jolley, Tim Jolley and Aimee Jolley; Michael |
| 2 | S. Webb and Deanna M. Webb; Donald M. Rund and Margaret Elaine Rund; |
| 3 | Thaddeus J. Rund and Jodi A. Rund; Peter G. Postiglione and Alison R. Postiglione; |
| 4 | Gerald Adomshick and Barbara Adomshick; Mike Chavez; Mark Palacio; Matt |
| 5 | Palacio; David and Rhonda Silva; Shawn Wright; Ryan P. Morrell and Dohee Kim; |
| 6 | Jimmy Tam; G. Scott Freeman; Charles (Casey) Sparrow; Scott Eastin and Melissa |
| 7 | Eastin; David Ferraro; Roy Peterson; Steve Reynolds; and Marilyn Xavier (hereinafter |
| 8 | referred to as "Movants"), and good cause appearing, |

**IT IS HEREBY ORDERED** that the deadline by which Movants must file a complaint to determine the dischargeability of certain debts and to object to discharge is extended for sixty (60) days, or until September 4, 2009.

**DATED AND SIGNED ABOVE.**