Dawn M. Bayne, State Bar #20368
Christen N. Carns, State Bar #26211
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dbayne@asbazlaw.com

Attorneys for Trustee Maureen Gaughan

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES A. BRUNO and SHELLY D. BRUNO, | Case No. 2-09-bk-06952-SSC |
| Debtors. | |
| MAUREEN GAUGHAN, CHAPTER 7 TRUSTEE, | Adv. No. 2-10-ap-00102-SSC |
| Plaintiff. | |
| v. | **NOTICE OF DEBTORS NON-COMPLIANCE REGARDING THE CONTINUED DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS.** |
| JAMES A. BRUNO and SHELLY D. BRUNO, Defendants. | |

Maureen Gaughan, the duly appointed and authorized Chapter 7 Trustee in the above-referenced case ("Trustee"), hereby notifies the Court that the Defendants, James and Shelly Bruno ("Debtors" or "Defendants") have not complied with this Court's *Order Requiring Examination under Fed.R.Bankr.P. 2004*. The Debtors initiated the above referenced bankruptcy case by filing a voluntary petition under Chapter 7 of the United States Bankruptcy Code on April 9, 2009. The Trustee obtained the signed *Order Requiring Examination under Fed.R.Bank.P. 2004* on July 17, 2009. On December 7, 2010, the Trustee filed a *Notice of Continued Deposition and Request for Production of Documents* ("Notice"). The Notice requested turnover of documents by January 6, 2011, at 5:00 p.m. and scheduled the Defendants' deposition on January 13, 2011 at 2:00 p.m. The Defendants failed to produce the

1    requested documents and did not appear for the continued deposition.

2        DATED: February 11, 2011

3                                        **ALLEN, SALA & BAYNE, PLC**

4
                                        /s/ DMB 20368
5                                       Dawn M. Bayne
                                        Christen N. Carns
6                                       1850 N. Central, Suite 1150
                                        Phoenix, AZ 85004
7                                       Attorneys for Trustee Maureen Gaughan

8

9    COPY of the foregoing mailed February 11, 2011 to:

10   Maureen Gaughan
     P.O. Box 6729
11   Chandler, AZ  85246
     *Chapter 7 Trustee*
12
     United States Trustee
13   230 North First Avenue, Ste 204
     Phoenix, AZ  85003-1706
14
     James A. Bruno
15   Shelly D. Bruno
     2521 S. Dragoon Dr.
16   Chandler, AZ 85286
     *Debtors, pro se*
17
     /s/ Tammie R. Holm
18

19

20

21

22

23

24

25

26

27

28